UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE:  Case No. 11-10668 (SHL)

GARDEN OPERATION REALTY  **IN A PROCEEDING FOR**
LIMITED PARTNERSHIP  **REORGANIZATION**
ID # 20-5316924  **UNDER CHAPTER 11**

Debtor.
-----------------------------------------------------------X
STATE OF NEW YORK  )
                   )ss.:
COUNTY OF NEW YORK )

TO THE HONORABLE BANKRUPTCY JUDGE IN THESE PROCEEDINGS:

HELMER TORO, being duly sworn, respectfully sets forth and states:

1. I am the president of the corporation that is the General Partner of the above named debtor (the "debtor").

2. The debtor is a New Jersey limited partnership and I am the president of its corporate general partner.

3. For the period of February 18, 2011 through February 28, 2011 ("February Period"), the following taxes have been withheld, remitted and accompanying taxes filed:

   a. **Income Tax**: None were due or remitted during February Period,

   b. **Sales Tax**: None were due or remitted during February Period,

   c. **Payroll Taxes**: Withheld and segregated in the Capital One DIP Tax Account (account # 7047693610, together with Employer Portions.

      i. **Federal**- These have not been remitted during the February Period because the Federal government is issuing a new pin number for the Debtor in Possession. The application for the new pin number is annexed hereto as **Exhibit A**.

      ii. **State**- will be remitted immediately following the remittance of the federal portion and the receipt of State EFT approval, with proof to be provided.

Dated: April 7, 2011

By:_____
HELMER TORO
President of General Partner
Corporation

Sworn before me this
7th day April, 2011

BRIAN CONFINO
Notary Public, New York
No. 01...
Qualified in New York County
Commission Expires 03/02/2015

1